UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> DEFENDANT(S). | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____     _____
Date                                                   United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____     _____
Date                                                   United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case _____ and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (10/16)                **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)**